N. N. PETTERSON, as owner of THE Barge L. J. TOMLINSON, Libelant-Appellee, v. THE Tug DOROTHY, Her Engines, etc., Sivert J. Kron and Christoffer A. Olsen, Claimants-Appellants.
No. 180.

Circuit Court of Appeals, Second Circuit.
Jan. 22, 1934.

Winifred Sullivan, of New York City, for appellants.

Macklin, Brown, Lenahan & Speer, of New York City (Gerald J. McKernan and

Joseph B. Lane, Jr., both of New York City, of counsel), for appellee.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Decree affirmed.